## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Karen Laven**
    Plaintiff
 vs.         **CASE NUMBER: 1:10-CV-1360 (NPM)**

**Michael J. Astrue, Commissioner of Social Security**
    Defendant

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner of Social Security is hereby REVERSED and the Complaint is REMANDED for further consideration consistent with the opinion of this Court, the Defendant's Motion for Judgment on the Pleadings is DENIED and this action is hereby closed.

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 15th day of December, 2011.

DATED: December 15, 2011

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk